Coös,
June, 1895.

HOLMES *v.* HOLMES.

WRIT of ENTRY, to foreclose a mortgage. Facts found by a referee.

*Bingham, Mitchell & Batchellor* and *Ladd & Fletcher*, for the plaintiff.

*Bingham & Bingham* and *Drew, Jordan & Buckley*, for the defendant.

CHASE, J. The reserved case presents no question of law that is insisted upon.

*Conditional judgment on the report in favor of the plaintiff.*

All concurred.